# EXHIBIT 1



**24-CI-00513**

### TURNER, FAYE ET AL VS. THOMPSON, JACOB ET AL

**MADISON CIRCUIT COURT**

Filed on **07/12/2024** as **AUTOMOBILE** with **HON. COLE A. MAIER**

**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

| Case Memo | 24-CI-00513 |
|---|---|

*AUTOMOBILE;*

| Parties | 24-CI-00513 |
|---|---|

**THE OSCAR W. LARSON COMPANY** as **DEFENDANT / RESPONDENT**

**Memo**

Registered Agent of Service exists.;

**Summons**

**CIVIL SUMMONS** issued on **07/12/2024** by way of **CERTIFIED MAIL**
*9236090194038369628738;*

**THOMPSON, JACOB** as **DEFENDANT / RESPONDENT**

**Address**

1459 RIVERDALE ESTATES
WINFIELD WV 25213

**Summons**

**CIVIL SUMMONS** issued on **08/07/2024** served / recalled on **08/16/2024** by way of **LONG ARM STATUTE - SOS - RESTRICTED DELIVERY**

*MEMO FROM Service, :Delivered, Individual Picked Up at Post Office Successful;*

**CIVIL SUMMONS** issued on **07/12/2024** by way of **LONG ARM STATUTE - SOS - RESTRICTED DELIVERY**

*RETURNED UNSERVED 8/22/2024 BY SOS - NOT DELIVERABLE AS ADDRESSED/UNABLE TO FORWARD;*

**TURNER, FAYE** as **PLAINTIFF / PETITIONER**

**TURNER, SAMUEL** as **PLAINTIFF / PETITIONER**

**NOBLE, DAVID** as **ATTORNEY FOR PLAINTIFF**

**Address**

MORGAN & MORGAN
333 W VINE STREET, SUITE 1200
LEXINGTON KY 40507

**REGISTERED AGENTS, INC.** as **REGISTERED AGENT OF SERVICE**

**Memo**

Related party is THE OSCAR W. LARSON COMPANY;

**Address**

212 N. 2ND STREET, SUITE 100
RICHMOND KY 40475

| Documents | 24-CI-00513 |
|---|---|

**COMPLAINT / PETITION** filed on **07/12/2024**

**INTERROGATORIES & REQUEST FOR PRODUCTION OF DOCUMENTS** filed on **07/12/2024**

**INTERROGATORIES & REQUEST FOR PRODUCTION OF DOCUMENTS** filed on **07/12/2024**

| Images | 24-CI-00513 |
|---|---|

**COMPLAINT / PETITION** filed on **07/12/2024**   *Page(s): 5*

**SUMMONS** filed on **07/12/2024**   *Page(s): 1*

**SUMMONS** filed on **07/12/2024**   *Page(s): 1*

**INTERROGATORIES & REQUEST FOR PRODUCTION OF DOCUMENTS** filed on **07/12/2024**   *Page(s): 11*

**INTERROGATORIES & REQUEST FOR PRODUCTION OF DOCUMENTS** filed on **07/12/2024**   *Page(s): 14*

**COURTESY FINANCIAL TRANSACTION REPORT** filed on **07/12/2024**   *Page(s): 1*

**RECEIPT** filed on **07/16/2024**   *Page(s): 0*

**SUMMONS** filed on **08/07/2024**   *Page(s): 1*

**COURTESY FINANCIAL TRANSACTION REPORT** filed on **08/07/2024**   *Page(s): 1*

**RECEIPT** filed on **08/13/2024**   *Page(s): 0*

**SUMMONS - RETURN OF SERVICE** filed on **08/16/2024**   *Page(s): 2*

**\*\*\*\* End of Case Number : 24-CI-00513 \*\*\*\***

Filed

DOCUMENT

AM

NOT ORIGINAL

09/16/2024 09:05:45

*Electronically Filed*

89578

COMMONWEALTH OF KENTUCKY
MADISON CIRCUIT COURT
DIVISION ___
CIVIL ACTION NO. 24-CI-_____

FAYE TURNER and
SAMUEL TURNER                                                          PLAINTIFFS

v.

JACOB THOMPSON
     *Serve: Via Secretary of State*
        1459 Riverdale Estates
        Winfield, WV 25213
and

THE OSCAR W. LARSON COMPANY                                           DEFENDANTS
     *Serve: Via Certified Mail*
        Registered Agents, Inc.
        212 N. 2nd Street, Suite 100
        Richmond, KY 40475

---

**COMPLAINT**

---

The Plaintiffs, Faye Turner and Samuel Turner, for a Complaint against the Defendants, Jacob Thompson and The Oscar W. Larson Company, state as follows:

**PARTIES**

1.     The Plaintiffs, Faye Turner and Samuel Turner, are residents of the Commonwealth of Kentucky, residing at 326 Concord Road, Richmond, KY 40475.

2.     Defendant Jacob Thompson is a resident of the State of West Virginia, residing at 1459 Riverdale Estates, Winfield, WV 25213.

3.     Defendant The Oscar W. Larson Company is a foreign corporation with its principal office located at 10100 Dixie Highway, Clarkston, MI 48348, which has designated Registered Agents, Inc. as its registered agent in the Commonwealth of Kentucky.

1

Presiding Judge: HON. COLE A. MAIER (625419)

COM : 000001 of 000005

Filed                24-CI-00513 07/12/2024                David M. Fernandez, Madison Circuit Clerk

NOT ORIGINAL
DOCUMENT
09/16/2024 09:05:45
AM
89578

## COUNT I
## COMMON LAW NEGLIGENCE

4.  On or about April 24, 2024, in Richmond, Madison County, Kentucky, Defendant Jacob Thompson operated his vehicle in a negligent, careless, and reckless manner, causing it to collide with a vehicle occupied by Plaintiffs Faye Turner and Samuel Turner.

5.  The collision referred to in Paragraph 4 was the result of the negligence of Defendant Jacob Thompson.

6.  That as a direct and proximate result of Defendant Jacob Thompson's negligence and carelessness, Plaintiffs Faye Turner and Samuel Turner suffered temporary and permanent injuries causing great physical, mental pain, emotional distress and anguish and the loss of enjoyment of life and will continue to suffer such damage in the future, the injuries being permanent in nature; that the Plaintiffs are subject to increased risk of future harm; have lost wages and that the ability to earn wages in the future is impaired; that the Plaintiffs have incurred large sums of money for physicians and medical expenses in treatment of said injuries and will be required to incur large sums of money for physicians and medical expenses in the future, and injuries being permanent in nature.

7.  The Plaintiffs' damages are in excess of the minimum dollar amount necessary to establish the jurisdiction of this Court.

## COUNT II
## STATUTORY NEGLIGENCE

8.  Jacob Thompson's actions constitute violations of various sections and subsections of the Kentucky Revised Statutes, including, but not limited to, those listed below.

9.  Jacob Thompson violated KRS 189.290(1).

10.  Jacob Thompson violated KRS 189.390(2).

11.  Jacob Thompson violated KRS 189.292.

Presiding Judge: HON. COLE A. MAIER (625419)

COM : 000002 of 000005

2

12.     Jacob Thompson's violations of Kentucky Revised Statutes constitute negligence *per se*, pursuant to KRS 446.070 and Kentucky case law.

13.     The injuries sustained by Plaintiffs are of the type which these statutes seek to prevent and that such injuries were proximately caused by Jacob Thompson's violation of these statutes.

14.     As a direct and proximate result of Jacob Thompson's violations of Kentucky law, Plaintiffs sustained the injuries and damages itemized in COUNT I, which are incorporated by reference, as if set forth in COUNT II.

### COUNT III
### NEGLIGENT HIRING, TRAINING, ENTRUSTMENT, AND MAINTENANCE AND VICARIOUS LIABILITY

16.     At the time of the collision, Jacob Thompson was employed by The Oscar W. Larson Company.

17.     Jacob Thompson operated the vehicle within the scope of his employment with The Oscar W. Larson Company.

18.     The Oscar W. Larson Company permitted Jacob Thompson to operate the vehicle within the scope of his employment.

19.     The Oscar W. Larson Company negligently entrusted the use of its vehicle to Jacob Thompson.

20.     The Oscar W. Larson Company negligently hired Jacob Thompson.

21.     The Oscar W. Larson Company negligently retained Jacob Thompson.

22.     The Oscar W. Larson Company negligently trained Jacob Thompson.

23.     The Oscar W. Larson Company negligently supervised Jacob Thompson.

24.     The Oscar W. Larson Company controlled the vehicle operated by Jacob Thompson on the date of the collision.

3

25.     The Oscar W. Larson Company is vicariously liable for the actions of Jacob Thompson pursuant to the doctrine of *respondeat superior*.

26.     As a direct and proximate result of The Oscar W. Larson Company's negligent hiring, negligent training, negligent retention, negligent maintenance, and negligent supervision, Plaintiffs sustained the injuries and damages itemized in COUNT I, which are incorporated by reference as if set forth in COUNT III.

**WHEREFORE**, Plaintiffs, Faye Turner and Samuel Turner, demand judgment against Defendants, Jacob Thompson and The Oscar W. Larson Company, as follows:

A.      A trial by jury on all issues of fact herein;

B.      Compensatory damages against the Defendants in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

C.      For prejudgment interest from the date of the Plaintiffs' injuries until such time the judgment is paid;

D.      For Plaintiffs' costs herein expended; and

E.      For any and all other relief to which the Plaintiffs are entitled.

4

Filed

DOCUMENT

AM

NOT ORIGINAL

09/16/2024 09:05:45

89578

## <u>CERTIFICATION</u>

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the Plaintiffs, as a result of this action, and that the failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24 or, otherwise, will result in a loss of those rights with respect to any final award received by the Plaintiff, as a result of this action, as follows: Optum, P.O. Box 2789, Warminster, PA 18974; The Rawlings Company, P.O. Box 2000, La Grange, KY 40031-2000; NGHP, P.O Box 138897, Oklahoma City, OK 73113.

**RESPECTFULLY** submitted this 12th day of July, 2024.

*/s/ David Noble*_____
DAVID NOBLE
Morgan & Morgan Kentucky, PLLC.
333 West Vine Street, Suite 1200
Lexington, KY 40507
Telephone:  (859) 286-8365
Facsimile: (859) 899-8111
Email: dnoble@forthepeople.com
*Counsel for Plaintiffs*

Presiding Judge: HON. COLE A. MAIER (625419)

COM : 000005 of 000005

5

Filed                    24-CI-00513 07/12/2024                    David M. Fernandez, Madison Circuit Clerk

DOCUMENT

AM

NOT ORIGINAL
09/16/2024 09:07:54
Electronically Filed
89578

COMMONWEALTH OF KENTUCKY
MADISON CIRCUIT COURT
DIVISION ___
CIVIL ACTION NO. 24-CI-_____

FAYE TURNER and
SAMUEL TURNER                                                      **PLAINTIFFS**

v.

JACOB THOMPSON and
THE OSCAR W. LARSON COMPANY                                        **DEFENDANTS**

---

**PLAINTIFFS' FIRST SET OF INTERROGATORIES,
REQUESTS FOR PRODUCTION OF DOCUMENTS
AND REQUESTS FOR ADMISSION TO DEFENDANT,
THE OSCAR W. LARSON COMPANY**

---

The Plaintiffs, by and through counsel, for their First Set of Interrogatories, Requests for Production of Documents and Requests for Admission, hereby request that Defendant, The Oscar W. Larson Company, answer under oath the following within forty-five (45) days of service hereof:

**INTERROGATORIES**

**INTERROGATORY NO. 1**: Please identify by name and title each and every person who has answered or helped answer these Interrogatories.

**ANSWER**:

**INTERROGATORY NO. 2**: Please state the full and correct name of the Defendant business entity and all parent companies and subsidiaries.

**ANSWER**:

**INTERROGATORY NO. 3**: Who or what entity owned the vehicle involved in the crash that is the subject matter of this lawsuit. List the name and address.

1

Presiding Judge: HON. COLE A. MAIER (625419)

IRPD : 000001 of 000014

Filed                    24-CI-00513 07/12/2024                    David M. Fernandez, Madison Circuit Clerk

Filed                24-CI-00513 07/12/2024          David M. Fernandez, Madison Circuit Clerk

DOCUMENT

AM

NOT ORIGINAL

09/16/2024 09:07:54

89578

**ANSWER**:

**INTERROGATORY NO. 4**: State the full name, address, date of birth, employer and Social Security Number of the driver and any other individuals operating or riding in the vehicle on the date of the crash that is the subject matter of this civil action.

**ANSWER**:

**INTERROGATORY NO. 5**: Please state whether the individuals listed in the interrogatory above were employed by you on the date of the crash. If so, describe their positions and when they began their employment.

**ANSWER**:

**INTERROGATORY NO. 6**: If the individuals listed in answering Interrogatory No. 4 were <u>not</u> acting within the scope and course of their employment at the time of the crash, please state each and every fact upon which you rely to base your claim and the name, address and employer of each and every person who has knowledge of such information.

**ANSWER**:

**INTERROGATORY NO. 7**: Immediately following the crash that is the subject of this civil action please state:

a.      The person with Defendant first notified of the crash?

b.      The date and time this person was notified?

c.      Whether anyone with Defendant created a written record of the accident, and if so, whom?

d.      Where the record is kept?

e.      Is this record kept in the ordinary course of business?

**ANSWER**:

Presiding Judge: HON. COLE A. MAIER (625419)

IRPD : 000002 of 000014

2

Filed

DOCUMENT

AM

NOT ORIGINAL

09/16/2024 09:07:54

89578

**INTERROGATORY NO. 8**: Please state the name, address, and employer of each and every person known to you or your representatives who claims to have any knowledge of this circumstances surrounding the incident in question.

**ANSWER**:

**INTERROGATORY NO. 9**: Has Defendant or anyone acting on its behalf ever taken or received any statement (either orally or in writing) from any person relating to this crash? If so, please state the name of the person who gave the statement, who took the statement, its date, its substance and whether counsel may obtain a copy of any such statement.

**ANSWER**:

**INTERROGATORY NO. 10**: At the time of the crash in question, list any insurance, excess insurance, "umbrella" coverage, general liability insurance and other insurance in effect for Defendant.

**ANSWER**:

**INTERROGATORY NO. 11:** Please identify each and every person you expect to call as an expert witness at the trial of this matter and for each expert witness, please state the subject matter on which the expert is expected to testify, the substance of the facts and opinions to which the expert is expected to testify and a summary of the grounds for each opinion.

**ANSWER**:

**INTERROGATORY NO. 12**: List the name, address, and telephone number of each person likely to have discoverable information about the claims and defenses in this case, even if you do not intend on calling that person as a witness.

**ANSWER**:

Presiding Judge: HON. COLE A. MAIER (625419)

IRPD : 000003 of 000014

Filed                24-CI-00513 07/12/2024                David M. Fernandez, Madison Circuit Clerk

Filed

24-CI-00513 07/12/2024                    David M. Fernandez, Madison Circuit Clerk

NOT ORIGINAL
DOCUMENT
09/16/2024 09:07:54
AM                                                89578

**INTERROGATORY NO. 13:** Identify any individual whom you claim is or may be liable to the claimant in part or in whole for the damages claimed but who has not been joined in the action as a party.

**ANSWER**:

**INTERROGATORY NO. 14**: Other than the crash at issue, list all other automobile crashes involving Defendant (or its subsidiaries) employees.

**ANSWER**:

**INTERROGATORY NO. 15:** Did the individuals listed in the Answer to Interrogatory No. 4 complete an application for employment or any paperwork prior to employment with Defendant?

**ANSWER**:

**INTERROGATORY NO. 16**: What maintenance has been performed on the subject vehicle for the six months prior to the crash. For each such maintenance, please list the following:

a.    What prompted the maintenance visit;

b.    Who performed the maintenance;

c.    Who diagnosed the necessity for maintenance;

d.    What diagnosis was rendered;

e.    When were the repairs performed;

f.    What, if any, parts were replaced; and,

g.    Did the problem reoccur? If so, when?

**ANSWER**:

**INTERROGATORY NO. 17:** Describe the load when the subject vehicle left that day, its number of stops, where it stopped, where it was headed and the load at the time of the crash.

Presiding Judge: HON. COLE A. MAIER (625419)

IRPD : 000004 of 000014

4

Filed

DOCUMENT

AM

24-CI-00513 07/12/2024          David M. Fernandez, Madison Circuit Clerk

NOT ORIGINAL

*09/16/2024 09:07:54*

89578

**ANSWER**:

**INTERROGATORY NO. 18:** Is there a bill of lading, invoice or any other document describing in detail the entire load packaged in the trailer prior to the incident? If so, please list the custodian of each such document, the title of each, the preparer and employer of each and attach a copy of said document to your responses hereto.

**ANSWER**:

**INTERROGATORY NO. 19:** Did Defendant inspect the vehicle at any point in time? If so, list the names of the individuals who performed the inspection.

**ANSWER**:

**INTERROGATORY NO. 20:** Who with Defendant verified and ensured that Jacob Thompson was qualified and properly trained to operate the vehicle that day?

**ANSWER**:

**INTERROGATORY NO. 21:** Describe all training that Defendant provided to Jacob Thompson.

**ANSWER**:

**INTERROGATORY NO. 22:** At the time of this incident, was the vehicle equipped with a satellite communication device or e-mail capability, including a Qualicomm system, such as SensorTRACS, TrailerTRACS, ViaWeb JTRACS, ProOmniOne, OmniExpress, FleetAdvisor, QTRACS fleet management system, TruckMAIL, GlobalTRACS, or a GPS product manufactured by any other company?

**ANSWER**:

**INTERROGATORY NO. 23:** Has The Oscar W. Larson Company taken a position on the facts of how the crash occurred?

Presiding Judge: HON. COLE A. MAIER (625419)

IRPD : 000005 of 000014

Filed          24-CI-00513 07/12/2024          David M. Fernandez, Madison Circuit Clerk

**ANSWER**:

**INTERROGATORY NO. 24:** Does The Oscar W. Larson Company doubt in any manner Jacob Thompson's account of how the crash occurred?

**ANSWER**:

**INTERROGATORY NO. 25:** Has The Oscar W. Larson Company disciplined Jacob Thompson for any reason during his employment?

**ANSWER**:

**INTERROGATORY NO. 26:** Does The Oscar W. Larson Company disagree in any respect with Jacob Thompson's account of the crash? If so, how?

**ANSWER**:

**INTERROGATORY NO. 27:** Does The Oscar W. Larson Company think Jacob Thompson did anything to cause or contribute to the collision? Explain the bases of this position.

**ANSWER**:

**REQUESTS FOR PRODUCTION OF DOCUMENTS**:

**REQUEST NO. 1** Please produce any and all accident and/or incident reports and investigations prepared by Defendant, as a result of the incident, other than the police report.

**RESPONSE**:

**REQUEST NO. 2**: If ISO certified, please produce all ISO Certification documents.

**RESPONSE**:

**REQUEST NO. 3**: Please produce all documents prepared concerning all inspections of the vehicle involved in the crash.

**RESPONSE**:

6

Presiding Judge: HON. COLE A. MAIER (625419)

IRPD : 000006 of 000014

**REQUEST NO. 4**: Please produce all leases and contracts that were in effect for the vehicle involved in the crash.

**RESPONSE**:

**REQUEST NO. 5**: Please produce the entire personnel file of any individuals listed in the Answer to Interrogatory No. 4.

**RESPONSE**:

**REQUEST NO. 6**: Please produce the entire qualification file of any individuals listed in the Answer to Interrogatory No. 4.

**RESPONSE**:

**REQUEST NO. 7**: Please produce the entire drug and alcohol file of any individuals listed in the Answer to Interrogatory No. 4, including, but not limited to, preemployment, post-accident, random, reasonable suspicion, return to duty and drug and alcohol testing results.

**RESPONSE**:

**REQUEST NO. 8**: Please produce the entire safety performance history file for any individuals listed in the Answer to Interrogatory No. 4.

**RESPONSE**:

**REQUEST NO. 9**: Please produce any other file kept concerning any individuals listed in the Answer to Interrogatory No. 4

**RESPONSE**:

**REQUEST NO. 10**: Please produce any and all payroll and benefit records for any individuals listed in the Answer to Interrogatory No. 4 for five years prior to the incident to one year after.

**RESPONSE**:

7

Filed                    24-CI-00513 07/12/2024                    David M. Fernandez, Madison Circuit Clerk

NOT ORIGINAL
DOCUMENT
09/16/2024 09:07:54
AM
89578

**REQUEST NO. 11**: Please produce any and all cancelled checks of any kind paid to any individuals listed in the Answer to Interrogatory No. 4 for 12 months prior and 6 months after the incident.

**RESPONSE**:

**REQUEST NO. 12**: Please produce all logs and accounts of deliveries – official or unofficial – of any individuals listed in the Answer to Interrogatory No. 4 for the 6 months before the incident and for 30 days after the incident.

**RESPONSE**:

**REQUEST NO. 13**: Please produce any and all records of health insurance claims, disability claims, sickness or doctors' excuses of any individuals listed in the Answer to Interrogatory No. 4 for the five years prior to the incident.

**RESPONSE**:

**REQUEST NO. 14**:  Please produce all records of any individuals listed in the Answer to Interrogatory No. 4 for the seven days prior to the incident and for the day of the incident. Specifically, produce the following materials, as you are required to retain under 49 C.F.R. §395.8(k) and subsequent DOT guidance and interpretation of "supporting documents:"

    A.     Bills of lading;
    B.     Carrier pros;
    C.     Freight bills;
    D.     Dispatch records;
    E.     Driver call-in records;
    F.     Gate record receipts;
    G.     Weight/scale tickets;
    H.     Fuel billing statements;
    I.     Toll receipts;
    J.     International registration plan receipts;
    K.     International fuel tax agreement receipts;
    L.     Trip permits;
    M.     Lessor settlement sheets;
    N.     Port of entry receipts;

8

Presiding Judge: HON. COLE A. MAIER (625419)

IRPD : 000006 of 000014

Filed   24-CI-00513 07/12/2024   David M. Fernandez, Madison Circuit Clerk

NOT ORIGINAL
DOCUMENT
09/16/2024 09:07:54
AM
89578

O.   Cash advance receipts;
P.   Delivery receipts;
Q.   Lumber receipts;
R.   Interchange and inspection reports;
S.   Over/short and damage reports;
T.   Agricultural inspection reports;
U.   Commercial Vehicle Safety Alliance reports;
V.   Accident reports;
W.   Telephone billing statements;
X.   Credit card receipts;
Y.   Driver fax reports;
Z.   On-board computer reports;
AA.  Border crossing reports;
BB.  Custom declarations;
CC.  Traffic citations;
DD.  Overweight/oversize reports and citations;
EE.  And/or other documents directly related to the motor carrier's operation which are retained by the motor carrier in connection with the operation of its transportation business.

**RESPONSE**:

**REQUEST NO. 15**: Please produce any and all cellular and telephone records and bills of the Defendant for the day of the incident and seven days prior.

**RESPONSE**:

**REQUEST NO. 16**: Please produce any and all credit card bills and receipts for any individuals listed in the Answer to Interrogatory No. 4 the month the incident occurred.

**RESPONSE**:

**REQUEST NO. 17**: Please produce copies of any and all fuel tax reports of any individuals listed in the Answer to Interrogatory No. 4 for the year of this incident.

**RESPONSE**:

**REQUEST NO. 18**: Please produce any and all state audits of any individuals listed in the Answer to Interrogatory No. 4 for the year of this incident and three years prior.

**RESPONSE**:

9

Presiding Judge: HON. COLE A. MAIER (625419)

IRPD : 000009 of 000014

Filed

24-CI-00513 07/12/2024

David M. Fernandez, Madison Circuit Clerk

NOT ORIGINAL
DOCUMENT
09/16/2024 09:07:54
AM
89578

**REQUEST NO. 19**: Please produce any and all federal and state accident reports filed by any individuals listed in the Answer to Interrogatory No. 4 the year of this incident and three years prior.

**RESPONSE**:

**REQUEST NO. 20**: Please produce any and all DOT inspection reports filed by any individuals listed in the Answer to Interrogatory No. 4 for the year of this incident and three years prior.

**RESPONSE**:

**REQUEST NO. 21**: Please produce any and all long form DOT or other medical physicals of any individuals listed in the Answer to Interrogatory No. 4.

**RESPONSE**:

**REQUEST NO. 22**: Please produce any and all Seven Day Prior Forms or Eight Day Prior Forms for any individuals listed in the Answer to Interrogatory No. 4 for the month of this incident.

**RESPONSE**:

**REQUEST NO. 23**: Please produce any and all DOT, State and other inspections of the vehicle involved in the incident for the year of the incident and one year prior.

**RESPONSE**:

**REQUEST NO. 24**: Produce a copy of all contracts or leases in effect on the date of the incident for the vehicle involved in the incident.

**RESPONSE**:

**REQUEST NO. 25**: Produce any photographs taken of the vehicle operated by the driver at the scene of the incident or any time, thereafter.

Presiding Judge: HON. COLE A. MAIER (625419)

IRPD : 000010 of 000014

10

**RESPONSE**:

**REQUEST NO. 26**: Produce copies of any documentation evidencing the completion or noncompletion of training programs and driver orientation programs by any individuals listed in the Answer to Interrogatory No. 4.

**RESPONSE**:

**REQUEST NO. 27**: Produce copies of any and all satellite communications and e-mails for the day of the incident and seven days prior, as well as all recorded ECM data with reference to all data available, including:

a.    Trip distance
b.    Total vehicle driving time
c.    Load factor
d.    Vehicle speed limit
e.    Maximum vehicle speed recorded
f.    Number of hard brake incidents
g.    Current engine speed (rpm)
h.    Maximum and minimum cruise speed limits
i.    Total vehicle driving distance
j.    Fuel consumption (gal./hr.)
k.    Idle time
l.    Engine governed speed
m.    Maximum engine speed recorded
n.    Current throttle position
o.    Brake switch status (on/off)
p.    Odometer
q.    Trip driving time
r.    Overall fuel economy (mpg)
s.    Average driving speed
t.    Number of engine overspeeds
u.    Number of vehicle overspeeds
v.    Current vehicle speed (mph)
w.    Clutch switch status (on/off)
x.    Clock

**RESPONSE**:

**REQUEST NO. 28**: Produce all policies including liability, general liability, excess umbrella for the vehicle and any other insurance that will cover or arguably cover this incident.

11

Presiding Judge: HON. COLE A. MAIER (625419)

IRPD : 000011 of 000014

Filed                    24-CI-00513 07/12/2024           David M. Fernandez, Madison Circuit Clerk

NOT ORIGINAL
DOCUMENT
09/16/2024 09:07:54
AM
89578

**RESPONSE**:

**REQUEST NO. 29**: Please produce a copy of the completion or noncompletion of any safe driving programs by any individuals listed in the Answer to Interrogatory No. 4.

**RESPONSE**:

**REQUEST NO. 30**: Please produce a copy of the driver manual, handbook and training manual issued to any individuals listed in the Answer to Interrogatory No. 4.

**RESPONSE**:

**REQUEST NO. 31**: Please produce a copy of the company safety rules issued to any individuals listed in the Answer to Interrogatory No. 4.

**RESPONSE**:

**REQUEST NO. 32**: Please produce the Permanent Unit File or its equivalent, including, but not limited to, records relating to the repairs, maintenance and costs for the vehicle involved in the incident.

**RESPONSE**:

**REQUEST NO. 33**: Produce any contract for use of the subject vehicle relating to the date of the incident.

**RESPONSE**:

**REQUEST NO. 34**: Produce the entire employment file for any individual listed in the Answer to Interrogatory No. 4.

**RESPONSE**:

**REQUEST NO 35:** Produce any documents relied upon that are the basis of The Oscar W. Larson Company's assessment of the credibility of Jacob Thompson as a witness.

**RESPONSE:**

Presiding Judge: HON. COLE A. MAIER (625419)

IRPD : 000012 of 000014

12

**REQUEST NO 36:** Produce The Oscar W. Larson Company's investigation file for the crash that is the subject matter of the lawsuit.

    **RESPONSE:**

## REQUESTS FOR ADMISSION

**REQUEST NO 1:** Admit that Jacob Thompson was acting in the course and scope of his employment with The Oscar W. Larson Company at the time of the automobile crash that is the subject matter of this lawsuit.

    **RESPONSE:**

**REQUEST NO 2:** Admit that The Oscar W. Larson Company performed an investigation of the automobile crash that is the subject matter of this lawsuit.

    **RESPONSE:**

**REQUEST NO 3:** Admit that The Oscar W. Larson Company has assessed the credibility of Jacob Thompson's account of the crash that is the subject matter of this lawsuit.

    **RESPONSE:**

**REQUEST NO 4:** Admit that The Oscar W. Larson Company disciplined Jacob Thompson for his involvement in the crash that is the subject matter of this lawsuit.

    **RESPONSE:**

**REQUEST NO 5:** Admit that The Oscar W. Larson Company is in possession of documentation that conflicts with Jacob Thompson's account of the crash that is the subject matter of this lawsuit.

    **RESPONSE:**

**REQUEST NO 6:** Admit that Jacob Thompson's actions contributed to causing the crash.

    **RESPONSE:**

Filed          24-CI-00513 07/12/2024          David M. Fernandez, Madison Circuit Clerk

**REQUEST NO 7:** Admit that Jacob Thompson was solely at fault for the crash.

**RESPONSE:**

Respectfully submitted,

/s/ David Noble
DAVID NOBLE
Morgan & Morgan Kentucky, PLLC.
333 West Vine Street, Suite 1200
Lexington, KY 40507
Telephone:  (859) 286-8365
Facsimile: (859) 899-8111
Email: dnoble@forthepeople.com
*Counsel for Plaintiffs*

14

Filed

DOCUMENT

AM

NOT ORIGINAL

09/16/2024 09:07:24

Electronically Filed

89578

COMMONWEALTH OF KENTUCKY
MADISON CIRCUIT COURT
DIVISION ___
CIVIL ACTION NO. 24-CI-_____

FAYE TURNER and
SAMUEL TURNER                                                    PLAINTIFFS

v.

JACOB THOMPSON and
THE OSCAR W. LARSON COMPANY                                     DEFENDANTS

---

**PLAINTIFFS' FIRST SET OF INTERROGATORIES,
REQUESTS FOR PRODUCTION OF DOCUMENTS
AND REQUESTS FOR ADMISSION TO DEFENDANT, JACOB THOMPSON**

---

The Plaintiffs, by and through counsel, for their First Set of Interrogatories, Requests for Production of Documents and Requests for Admission, hereby request that Defendant, Jacob Thompson, answer under oath the following within forty-five (45) days of service hereof:

**<u>INTERROGATORIES</u>**

**<u>INTERROGATORY NO. 1:</u>** State your full name; your current residential address; and business address, your date of birth, your employer and job duties, all former names and when you were known by those names, each residential address for the past 10 years and you lived at each address and your Social Security number.

**<u>ANSWER:</u>**

**<u>INTERROGATORY NO. 2:</u>** Identify the full name, residential address, business address and telephone number of all persons who were present in the vehicle driven by you at the time of the incident at issue in the Complaint.

**<u>ANSWER:</u>**

Presiding Judge: HON. COLE A. MAIER (625419)

IRPD : 000001 of 000011

1

**INTERROGATORY NO. 3:** Describe any and all policies of insurance which cover or may cover you or the vehicle you were driving for any claims alleged in the Plaintiffs' Complaint, detailing as to such policies, the name of the insurer, the number of the policy, the effective dates of the policy, the available limits of liability and the name and address of the custodian of the policy.

**ANSWER:**

**INTERROGATORY NO. 4:** Describe in detail how the incident described in the Complaint happened and all actions taken by you to prevent the incident.

**ANSWER:**

**INTERROGATORY NO. 5:** Describe in detail each act or omission on the part of any party to this lawsuit that you contend contributed in any way to the incident in question.

**ANSWER:**

**INTERROGATORY NO. 6:** State the facts upon which you rely for each affirmative defense in your Answer.

**ANSWER:**

**INTERROGATORY NO. 7:** Do you contend any person or entity (other than you) is or may be liable in whole or part for the claims asserted against you in this lawsuit? If so, state the full name and address of each such person or entity, the legal basis for your contention, the facts or evidence upon which your contention is based and whether or not you have notified each such person or entity of your contention.

**ANSWER:**

**INTERROGATORY NO. 8:** Describe in detail any charges or citations of any type that were asserted against you relating to the incident described in the Complaint, including for each: The nature of the charge or citation; your plea or answer to the charge citation; the court or agency that

2

Filed          24-CI-00513 07/12/2024          David M. Fernandez, Madison Circuit Clerk

NOT ORIGINAL DOCUMENT
09/16/2024 09:07:24 AM
89578

heard the charge; whether any written report was prepared by anyone regarding the charge; the name and address of the person or entity who prepared the report, if any; whether you have a copy of the report; whether any testimony at any trial, hearing or other proceeding on the charge or citation recorded in any manner; and the name and address of the person who recorded the testimony, if any.

**ANSWER:**

**INTERROGATORY NO. 9:** List the names and addresses of all persons who are believed or known by you, your agents or your attorneys to have any knowledge concerning any of the issues in this lawsuit and specify the subject matter about which the witness has knowledge.

**ANSWER:**

**INTERROGATORY NO. 10:** Have you heard, or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit? If so, state the name and address of each person who made the statement or statements; the name and address of each person who heard it; and the date, time, place and substance of each statement.

**ANSWER:**

**INTERROGATORY NO. 11:** State the name and address of every person known to you, your agents or your attorneys who has knowledge about, or possession, custody or control of any model, plat, map, drawing, motion picture, videotape or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and address of the person who took or prepared it and the date it was taken or prepared.

**ANSWER:**

**INTERROGATORY NO. 12:** Do you intend to call any expert witnesses at the trial of this case? If so, state as to each such witness the name and business address of the witness, the witness's

Presiding Judge: HON. COLE A. MAIER (625419)

IRPD : 000003 of 000011

3

qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify and a summary of the grounds for each opinion.

**ANSWER:**

**INTERROGATORY NO. 13:** Please state if you have ever been a party, either as a plaintiff or defendant, in a lawsuit, other than the present matter, and, if so, state whether you were the plaintiff or defendant, the nature of the action and the date and court in which such suit was filed.

**ANSWER:**

**INTERROGATORY NO. 14:** Do you wear glasses, contact lenses or hearing aids? If so, who prescribed them, when were they prescribed, when were your eyes or ears last examined and what is the name and address of the examiner?

**ANSWER:**

**INTERROGATORY NO. 15:** Did you consume any alcoholic beverages or take any drugs or medications, including – but not limited to – Alprazolam, any amphetamine, Adderall, Ritalin, Vyvanse, Buprenorphine, Butalbital, Carisoprodol, Cocaine, Diazepam, Hydrocodone, Meprobamate, Methadone, Methamphetamine, Oxycodone, Promethazine, Propoxyphene and Zolpidem within 24 hours before the time of the incident described in the Complaint? If so, state the type and amounts of alcoholic beverages, drugs or medication which were consumed and when and where you consumed them.

**ANSWER:**

**INTERROGATORY NO. 16:** Did any mechanical defect in the motor vehicle you were driving at the time of the incident described in the Complaint contribute to the incident? If so, describe the nature of the defect and how it contributed to the incident.

4

**ANSWER:**

**INTERROGATORY NO. 17:** If any person, corporation or entity (other than you) was the registered title owner of, had ownership interest in or had any right to control the motor vehicle that you were driving at the time of the incident described in the Complaint, please describe the nature of the ownership interest or right to control the vehicle, state whether you had permission to drive the vehicle and state the names and addresses of all persons who gave such permission.

**ANSWER:**

**INTERROGATORY NO. 18:** Identify all fact witnesses whom you may call at trial and state the subject matter of the testimony for each such fact witness and a summary of the testimony that you believe they will provide.

**ANSWER:**

**INTERROGATORY NO. 19:** At the time of the incident described in the Complaint, were you engaged in any mission or activity for any other person or entity, including any employer? If so, state the name and address of that person or entity and the nature of the mission or activity.

**ANSWER:**

**INTERROGATORY NO. 20:** Was the motor vehicle that you were driving at the time of the incident described in the Complaint damaged in the collision and, if so, what was the cost to repair the damage?

**ANSWER:**

**INTERROGATORY NO. 21:** If you contend that the personal injuries of Plaintiffs were not caused by the collision with your vehicle, state with particularity the facts upon which you base your contention.

**ANSWER:**

5

Filed                    24-CI-00513 07/12/2024              David M. Fernandez, Madison Circuit Clerk

NOT ORIGINAL
DOCUMENT
09/16/2024 09:07:24
AM
89578

**INTERROGATORY NO. 22:** State in detail your activities on the date of the auto collision, including each place at which you were present, your length of stay at each such place and a detailed account of whom you saw and what you did at each place.

**ANSWER:**

**INTERROGATORY NO. 23:** State whether you were under the care of a physician at the time of the auto collision. If so, please state the name and address of the physician, specify the illness or condition for which you were treated and list any prescribed medication.

**ANSWER:**

**INTERROGATORY NO. 24:** List all violations of the motor vehicle laws of the Commonwealth of Kentucky or any other jurisdiction with which you have been charged.

**ANSWER:**

**INTERROGATORY NO. 25:** List all auto collisions involving you within the past five years. For each such accident, include the name and address of any drivers of vehicles involved, the name and address of any other driver involved, the court and case number of any action that resulted and the result of each such action.

**ANSWER:**

**INTERROGATORY NO. 26:** Identify each and every exhibit or material which you intend to introduce at trial of this lawsuit.

**ANSWER:**

**INTERROGATORY NO. 27:** Identify all crimes for which you have been charged, the dates and locations of the charges and the ultimate disposition of the charges.

**ANSWER:**

**INTERROGATORY NO. 28:** State whether you were engaged in any of the following

6

Presiding Judge: HON. COLE A. MAIER (625419)

IRPD : 000006 of 000011

Filed    24-CI-00513 07/12/2024    David M. Fernandez, Madison Circuit Clerk

NOT ORIGINAL
DOCUMENT
09/16/2024 09:07:24
AM
89578

activities at the time of the collision:

    (a)    Smoking

    (b)    Drinking a beverage of any sort

    (c)    Eating

    (d)    Talking on the phone or using the phone in any other manner

    (e)    Texting

    (f)    Listening to music

    (g)    Talking to passengers in the vehicle

**ANSWER:**

**INTERROGATORY NO. 29:** State whether you have any mandated restrictions to your ability to operate a motor vehicle including, but not limited to, wearing corrective lenses, not driving at night, driving with another person in the vehicle and so forth.

**ANSWER:**

**INTERROGATORY NO. 30:** Provide the cell phone number you had at the time of the collision, the cell phone provider and account holder's name associated with that number.

**ANSWER:**

**REQUESTS FOR PRODUCTION OF DOCUMENTS**

**REQUEST NO. 1:** Produce legible color copies of all photographs of the collision scene, the vehicles involved, Plaintiffs, you or any other individual involved in the collision.

**RESPONSE:**

**REQUEST NO. 2:** Produce all repair orders, estimates and salvage documents relating to any of the vehicles involved in the collision.

**RESPONSE:**

Presiding Judge: HON. COLE A. MAIER (625419)

IRPD : 000007 of 000011

7

**REQUEST NO. 3:** Produce any statements, written or verbal; recorded interviews; letters or reports of any kind that you, your counselor or anyone acting on your behalf, took, obtained or otherwise heard from Plaintiffs, including the name, address and telephone number of the person taking, obtaining or hearing the statement, how it was recorded (if it was), the date it was taken, obtained or heard and whether it was signed or verified by anyone and, if so, by whom?

**RESPONSE:**

**REQUEST NO. 4:** Produce and attach a *curriculum vitae*, resume and bio of each expert witness you, your counselor or anyone acting on your behalf have hired or consulted with to be a witness in this case.

**RESPONSE:**

**REQUEST NO. 5:** Produce all documents or materials identified, referenced or utilized in anyway in your answers to these Interrogatories or Requests for Production of Documents.

**RESPONSE:**

**REQUEST NO. 6:** Produce and attach all policies of insurance which may provide coverage for any alleged injuries sustained in the collision that forms the basis of this lawsuit.

**RESPONSE:**

**REQUEST NO. 7:** Produce a copy of any statement you, your counselor or anyone acting on behalf of you has obtained from any witness to the collision.

**RESPONSE:**

**REQUEST NO. 8:** Produce copies of all exhibits, photographs, charts, diagrams, maps, drawings, summaries, videos, documents and real or demonstrative evidence of any kind which you expect or intend to introduce or use at trial of this lawsuit.

8

Filed                24-CI-00513 07/12/2024        David M. Fernandez, Madison Circuit Clerk

NOT ORIGINAL

DOCUMENT

AM

09/16/2024 09:07:24

89578

**RESPONSE:**

**REQUEST NO. 9:** Produce a complete and exact copy of all medical bills, records and physician reports regarding Plaintiffs, which are in your possession, or which may come into your possession or the possession of your attorney.

**RESPONSE:**

**REQUEST NO. 10:** Produce a complete and exact copy of all phone records from all phones used by you on the day of the collision.

**RESPONSE:**

**REQUEST NO. 11:** Produce a complete and exact copy of your criminal record.

**RESPONSE:**

**REQUEST NO. 12:** Produce a complete and exact copy of all your medical bills, records and physician reports from all physicians whose care you were under at the time of the collision.

**RESPONSE:**

**REQUEST NO. 13:** Produce a copy of the front and reverse side of your driver's license. If applicable, state on said copy whether any information on the driver's license has changed since the date of the subject collision.

**RESPONSE:**

**REQUEST NO. 14:** Produce documents relating to or discussing repairs or maintenance to your vehicle that were done for the six-month period of time preceding and including the date of the collision and for the six-month period of time following the date of the collision.

**RESPONSE:**

Presiding Judge: HON. COLE A. MAIER (625419)

IRPD : 000009 of 000011

9

**REQUEST NO. 15:** Produce copies of any and all computer-generated documents in your possession or in the possession of any agent, servant and/or employee, which pertains or relates in any manner or fashion to and any past claims history of the Plaintiffs in this lawsuit.

**RESPONSE:**

**REQUEST NO. 16:** Produce copies of any and all checks issued by you or any agent, servant and/or employee on your behalf to any other person, firm or company making a claim arising out of the same collision or incident which is the basis of this lawsuit.

**RESPONSE:**

**REQUEST NO. 17:** Produce all payout records for your insurer for benefits paid to or on behalf of Plaintiffs under the personal injury protection and medical payment coverage of the policy.

**RESPONSE:**

**REQUEST NO. 18:** If any Response to any Request for Admission is anything other than "Admit," provide all documentation supporting the Response.

**RESPONSE:**

## REQUESTS FOR ADMISSION

**REQUEST NO. 1:** Admit that your negligence contributed to the collision that is the subject matter of this lawsuit.

**RESPONSE:**

**REQUEST NO. 2:** Admit that you were 100% at fault for the automobile collision that is the subject matter of this lawsuit.

**RESPONSE:**

**REQUEST NO. 3:** Admit that you were using the phone at the time of the collision that is the subject matter of this lawsuit.

10

Filed                24-CI-00513 07/12/2024         David M. Fernandez, Madison Circuit Clerk

DOCUMENT

AM

NOT ORIGINAL

09/16/2024 09:07:24

89578

**RESPONSE:**

**REQUEST NO. 4:** Admit that you took medication the day of the collision, prior to the collision.

**RESPONSE:**

**REQUEST NO. 5:** Admit that you have no information to suggest that anyone but you caused or contributed to the collision.

**RESPONSE:**

**REQUEST NO. 6:** Admit that in your opinion, the collision was 100% your fault.

**RESPONSE:**

**REQUEST NO. 7:** Admit that Plaintiffs were injured in the collision.

**RESPONSE:**

**REQUEST NO. 8:** Admit that you have no information to suggest that Plaintiffs were not injured in the collision.

**RESPONSE:**

Respectfully submitted,

*/s/ David Noble*
DAVID NOBLE
Morgan & Morgan Kentucky, PLLC.
333 West Vine Street, Suite 1200
Lexington, KY 40507
Telephone:  (859) 286-8365
Facsimile: (859) 899-8711
Email: dnoble@forthepeople.com
*Counsel for Plaintiffs*

Presiding Judge: HON. COLE A. MAIER (625419)

IRPD : 000011 of 000011

11

**Commonwealth of Kentucky**
**David M. Fernandez, Madison Circuit Clerk**

NOT ORIGINAL

09/16/2024 09:08:29

| | |
|---|---|
| **Case #:** 24-CI-00513 | **Envelope #:** 8352231 |
| **Received From:** DAVID NOBLE | **Account Of:** DAVID NOBLE |
| **Case Title:** TURNER, FAYE ET AL VS. THOMPSON, JACOB AL | **Confirmation Number:** 184629153 |
| **Filed On** 7/12/2024  1:44:53PM | |

89578

| # | Item Description | Amount |
|---|---|---|
| 1 | Court Facilities Fee | $25.00 |
| 2 | Access To Justice Fee | $20.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Money Collected For Others(Postage) | $17.89 |
| 5 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 6 | Money Collected For Others(Secretary of State Electronic Services) | $17.25 |
| 7 | Money Collected For Others(Secretary of State Service Copies) | $3.20 |
| 8 | Library Fee | $1.00 |
| 9 | Civil Filing Fee | $150.00 |
| 10 | Charges For Services(Attestation) | $0.50 |
| 11 | Charges For Services(Copy - Photocopy) | $3.20 |
| 12 | Charges For Services(Jury Demand / 12) | $70.00 |
| | **TOTAL:** | $333.04 |



AOC-E-105     Sum Code: CI
Rev. 9-14
Commonwealth of Kentucky
Court of Justice     *Courts.ky.gov*

CR 4.02; Cr Official Form 1

**CIVIL SUMMONS**

Case #:  **24-CI-00513**
Court:  **CIRCUIT**
County:  **MADISON**

NEXT ORIGINAL
09/16/2024 09:06:46
89578

---

*Plaintiff,* **TURNER, FAYE ET AL VS. THOMPSON, JACOB ET AL**, *Defendant*

TO:  **REGISTERED AGENTS, INC.**

    **212 N. 2ND STREET, SUITE 100**

    **RICHMOND, KY 40475**

Memo: Related party is THE OSCAR W. LARSON COMPANY

The Commonwealth of Kentucky to Defendant:
**THE OSCAR W. LARSON COMPANY**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

        /s/ David M. Fernandez,
        Madison Circuit Clerk
        Date: **7/12/2024**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

    Date: _____, 20 _____

        _____
                  Served By

        _____
                  Title

*Presiding Judge: HON. COLE A. MAIER (625419)*

*CI : 000001 of 000001*



eFiled



AOC-E-105      Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice    *Courts.ky.gov*

CR 4.02; Cr Official Form 1

**CIVIL SUMMONS**

Case #:  **24-CI-00513**
Court:   **CIRCUIT**
County:  **MADISON**

DOCUMENT
AM
NOT ORIGINAL
09/16/2024 09:06:12
89578

---

*Plaintiff,* **TURNER, FAYE ET AL VS. THOMPSON, JACOB ET AL**, *Defendant*

TO:  **JACOB THOMPSON**

**1459 RIVERDALE ESTATES**

**WINFIELD, WV 25213**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David M. Fernandez,
Madison Circuit Clerk
Date: **7/12/2024**

Presiding Judge: HON. COLE A. MAIER (625419)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

CI : 000001 of 000001

Summons ID: @90005662109
CIRCUIT: 24-CI-00513 Long Arm Statute – SOS - Restricted Delivery
TURNER, FAYE ET AL VS. THOMPSON, JACOB ET AL

Page 1 of 1



eFiled



AOC-E-105      Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice    *Courts.ky.gov*

CR 4.02; Cr Official Form 1

**CIVIL SUMMONS**

Case #:  **24-CI-00513**

Court:  **CIRCUIT**

County:  **MADISON**

NOT ORIGINAL
DOCUMENT
09/16/2024 09:09:10 AM
89578

---

*Plantiff,* **TURNER, FAYE ET AL VS. THOMPSON, JACOB ET AL**, *Defendant*

TO:  **THOMPSON, JACOB**

 **1459 RIVERDALE ESTATES**

 **WINFIELD, WV 25213**

The Commonwealth of Kentucky to Defendant:

 You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David M. Fernandez,
Madison Circuit Clerk
Date: **8/7/2024**

Presiding Judge: HON. COLE A. MAIER (625419)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

 To: _____

☐ Not Served because: _____

 Date: _____, 20_____

 _____
 Served By

 _____
 Title

CI : 000001 of 000001

Summons ID: @90005676050
CIRCUIT: 24-CI-00513 Long Arm Statute – SOS - Restricted Delivery
TURNER, FAYE ET AL VS. THOMPSON, JACOB ET AL

Page 1 of 1



**eFiled**

**Commonwealth of Kentucky**
**David M. Fernandez, Madison Circuit Clerk**

NOT ORIGINAL
09/16/2024 09:10:00

| | | |
|---|---|---|
| **Case #:** 24-CI-00513 | **Envelope #:** 8538180 | |
| **Received From:** NOBLE, DAVID | **Account Of:** NOBLE, DAVID | 89578 |
| **Case Title:** TURNER, FAYE ET AL VS. THOMPSON, JACOB AL | **Confirmation Number:** 186104728 | |
| **Filed On** 8/7/2024  11:47:48AM | | |

| # | Item Description | Amount |
|---|---|---|
| 1 | Money Collected For Others(Secretary of State Electronic Services) | $17.90 |
| 2 | Money Collected For Others(Secretary of State Service Copies) | $3.20 |
| 3 | Charges For Services(Attestation) | $0.50 |
| | **TOTAL:** | $21.60 |

Generated: 8/12/2024

Filed 24-CI-00513 08/16/2024 David M. Fernandez, Madison Circuit Clerk

NOT ORIGINAL
DOCUMENT
09:10:38 AM
09/16/2024
89578

Michael G. Adams
Secretary of State



**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-3490
Fax: (502) 564-5687

Circuit Court Clerk
Madison County
P.O. Box 813
Richmond, KY 40476-0813

| | |
|---|---|
| FROM: | SUMMONS DIVISION |
| | SECRETARY OF STATE |
| RE: | CASE NO: 24-CI-00513 |
| DEFENDANT: | THOMPSON, JACOB |
| DATE: | August 16, 2024 |
| USPS Certified Mail ID: | 9202992267700103236879 |

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

August 12, 2024

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

August 12, 2024

We are enclosing the return receipt confirming receipt of summons.

COR : 000001 of 000002

**UNITED STATES POSTAL SERVICE**

89578

August 16, 2024

Dear Secretary Of State Commonwelth of Kentucky:

The following is in response to your request for proof of delivery on your item with the tracking number: **9202 9922 6770 0103 2368 79**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | August 16, 2024, 10:16 am |
| **Location:** | WINFIELD, WV 25213 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

**Recipient Signature**

Signature of Recipient:

Jacob Thompson

1459 RIVERDALE EST
WINFIELD, WV 25213-7945

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

COR : 000002 of 000002